with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

WILLIAM SMITH, Respondent, v. COPPUS ENGINEERING CORPORATION, Appellant.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. It was error for the court to charge as requested by the plaintiff at folio 642 of the record on appeal. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JACOB SOBEL and Others, Plaintiffs, v. AGOSTINO SANACUORE and Others, Defendants. JOSEPH FINKELSTEIN and Others, Appellants; HENRY LANDAU, Purchaser, Respondent.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

LEO L. TULLY, Respondent, v. SIDNEY M. FRANKEL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

HAROLD E. VAN WART, Respondent, v. ROBERT ROHRBECK, Appellant.— Order and judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

GIUSEPPE ANSELMO, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

GIUSEPPE ANSELMO, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Motion for stay pending motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

GIUSEPPE ANSELMO, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Motion for reargument or for resettlement denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ALEXANDER BERENSON and Another, Respondents, v. FREIMAN REALTY Co., INC., and Others, Appellants.— Motion dismissed, no papers having been submitted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

BREZIRE REALTY Co., INC., Appellant, v. GRACE W. PARKS and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

THE ELRM REALTY & MORTGAGE Co., INC., Appellant, v. MAX ORNSTEIN and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of ARTHUR ANDERSON FISH COMPANY, etc., Respondent, v. BANY LEVY, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Petition of GEORGE W. BAHRENBURG to Render and Settle His Final Account as Successor Trustee under the Last Will and Testament of JOHN BAHRENBURG, Deceased.— Motion to resettle order granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.